UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEO DALTON PRICE,

    Petitioner,

v.

HEIDI M. LACKNER, Warden,

    Respondent.

Case No. 14-cv-05310-YGR (PR)

**ORDER GRANTING REQUEST FOR A SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.

On May 14, 2015, the Court *sua sponte* granted Petitioner an extension of time to file a traverse up to and including July 29, 2015. Dkt. 16 at 2. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **October 5, 2015**.

This Order terminates Docket No. 17.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge