UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEO DALTON PRICE,

    Petitioner,

  v.

JOEL MARTINEZ, Warden,

    Respondent.

Case No. 14-cv-05310-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: June 28, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge